UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JENNY MADRID RODRIGUEZ,

                    Plaintiff,          **ORDER**

        -against-            24 Civ. 9975 (AEK)

JANET AWLASEWICZ, *et al.,*

                 Defendants.

-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       Defendants filed two subpoenas to be so ordered by the Court at ECF Nos. 32 and 34.

The subpoenas contain information that should not be filed on the public docket.  Accordingly,

the Court respectfully directs the Clerk of Court to maintain those documents under seal.

Dated:  January 5, 2026
         White Plains, New York

                             **SO ORDERED.**

                            _____
                             ANDREW E. KRAUSE
                             United States Magistrate Judge